**Montana Eleventh Judicial District Court.**
**County of Flathead.**

**STATE OF MONTANA,**
    **Plaintiff,**                       **CAUSE NO. DC-05-091**
**-vs-**                                   **DECISION**
**RICHARD AVILA,**
    **Defendant.**

On October 29, 2015, Defendant was sentenced to the Montana State Prison for a period of ten (10) years with five (5) suspended with a recommendation for placement at the Treasure State Correctional Facility. Defendant was given credit for thirty-one (31) days served in custody prior to disposition in this matter. Defendant must comply with all requirements of the Court's Judgment of June 30, 2005, as conditions of parole.

On February 4, 2016, the Defendant's Application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court (hereafter "the Division").

The Defendant appeared by video conferencing from the Yellowstone County Detention Facility and was represented by Peter Ohman of the Office of the State Public Defender. The State was not represented.

Before hearing the Application, the Defendant was advised that the Division has the authority not only to reduce the sentence or affirm it, but also to increase it. The Defendant was further advised that there is no appeal from a decision of the Division. The Defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 12, Rules of the Sentence Review Division of the Supreme Court of Montana, provides that, "The sentence imposed by the District Court is presumed correct. The sentence shall not be reduced or increased unless it is clearly inadequate or clearly excessive." (Section 46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is clearly inadequate or clearly excessive.

Therefore, it is the unanimous decision of the Division that the sentence is **AFFIRMED**.

Done in open Court this 4th day of February, 2016.

**2**

DATED this 29th day of February, 2016.

Hon. Brenda Gilbert, Chairperson, Hon. Brad Newman, Member and Hon. John Warner, Member.